```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEANA CROMITIE, on behalf of herself and all
others similarly situated,

                          Plaintiff,

            -against-

MOORE'S SEWING,

                          Defendant.

1:23-cv-2320-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a letter filed by the Parties informing the Court that the parties

have reached a settlement in principle [ECF No. 13].  Accordingly, IT IS HEREBY ORDERED

that the above-captioned action is discontinued without costs to any party and without prejudice

to restoring the action to this Court's calendar if the parties are unable to memorialize their

settlement in writing and as long as the application to restore the action is made by July 21, 2023.

If no such application is made by that date, today's dismissal of the action is with prejudice. *See*

*Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date:   June 6, 2023**
**        New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**